# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147749 & (15)(16)

ROBERT FORSYTHE, M.D.,
   Plaintiff-Appellee,

v

ALLEGAN GENERAL HOSPITAL,
   Defendant,

and

CHRISTINA S. PREUSZ, M.D.,
   Defendant-Appellant.

SC: 147749
COA: 311917
Allegan CC: 10-046805-NH

_____/

   On order of the Court, the motion for immediate consideration of the motion for stay is GRANTED. The motion for stay is DENIED. The application for leave to appeal the August 20, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2014



Clerk

d0122